Plaintiff's Name HAROLD WALKER
Inmate No. V-60211
Address W.S.P.-D2-132- P.O. BOX 7700
WASCO, CA. 93280


FILED
SEP 21 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD WALKER
(Name of Plaintiff)

vs.

FRESNO POLICE DEPARTMENT, et al.,
C.D.C.R. FRESNO PAROLE UNITS # 3-6,
et al.

(Names of all Defendants)

1:09 CV 1667 OWW DLB
(Case Number)

COMPLAINT

Civil Rights Act, 42 U.S.C. § 1983

RECEIVED
SEP 21 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY AB DEPUTY CLERK

I. **Previous Lawsuits** (list all other previous or pending lawsuits on back of this form):

A. Have you brought any other lawsuits while a prisoner? Yes ✓ No ___

B. If your answer to A is yes, how many? 3
Describe previous or pending lawsuits in the space below.
(If more than one, use back of paper to continue outlining all lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff HAROLD WALKER

Defendants GEORGE J. GIURBINO, et al., VAZQUEZ, et al., HUTCHINSON, et al.

2. Court (if Federal Court, give name of District; if State Court, give name of County)
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (FRESNO)

3. Docket Number UNKNOWN AT THIS TIME  4. Assigned Judge UNKNOWN AT THIS TIME

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
PENDING

6. Filing date (approx.) UNKNOWN AT THIS TIME  7. Disposition date (approx.) PENDINGING

1

II. **Exhaustion of Administrative Remedies**

    A.    Is there an inmate appeal or administrative remedy process available at your institution?

    Yes ✓  No ___

    B.    Have you filed an appeal or grievance concerning <u>ALL</u> of the facts contained in this complaint?

    Yes ✓  No ___

    If your answer is no, explain why not __N/A__

    C.    Is the process completed?

    Yes ✓    If your answer is yes, briefly explain what happened at each level.

    <s>HAVE</s> NOT RECEIVED A RESPONSE FOR COMPLAINT FILED AUGUST 31, 2009

    No ___    If your answer is no, explain why not.  N/A

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process <u>before</u> filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you <u>must</u> exhaust the process before filing suit.** Booth, 532 U.S. at 734.

III. **Defendants**

    (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

    A.    Defendant __JERRY DYER__ is employed as __CHEIF OF FRESNO POLICE DEPARTMENT__ at _____

B. Additional defendants SERGEANT ALVAREZ, C. ARANAS, L. LEIBEE, P. CORONA AND S. C. ROBLES, ARE EMPLOYED AS FRESNO POLICE OFFICERS AT 2323 MARIPOSA MALL, FRESNO, CALIFORNIA 93721. ALSO D.S. DURHAM, L. DOZIER, G. WILSON JR., AND M. PETERKA ARE EMPLOYED AS SUPERVISORS OF THE FRESNO POLICE DEPARTMENT AT 2323 MARIPOSA MALL, FRESNO, CA. 93721. LARRY ROBINSON IS EMPLOYED AS A SUPERVISOR AT THE C.D.C.R. FRESNO PAROLE UNITS #3-6 AT 2222 "G" STREET FRESNO STREET 93706 AND LILO DIAZ IS EMPLOYED AS A PAROLE AGENT OR OFFICER AT THE C.D.C.R. FRESNO PAROLE UNITS #3-6 AT 2222 "G" STREET FRESNO CA. 93706

IV. **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

ON OR ABOUT SATURDAY, AUGUST 29, 2009 AT APPROXIMATELY 2347 HOURS FRESNO POLICE DEPARTMENT OFFICER CONDUCT AND UNCONSTITUTIONAL AND ILLEGAL ENTRY OF THE APARTMENT OF MICHAEL EDWARDS AT 209 N. GLEN APT 213 OF WHICH PLAINTIFF HAD PROMISSION BY MICHAEL EDWARD TO OCCUPY WHILE MICHAEL EDWARDS WAS GONE. WHILE PLAINTIFF WAS IN THE APARTMENT DEFENDANTS SERGEANT ALVAREZ, C. ARANAS, L. LEIBEE UNLOCKED THE SECURITY DOOR AND THE FRONT DOOR AND ENTERED APARTMENT 513 WITHOUT A WARRANT, PERMISSIONS OR EXIGENT CIRCUMSTANCE OR FOR AN EMERGENCY OR ANY OTHER JUSTIFIABLE REASON. PLAINTIFF WAS IN THE LIVING ROOM ASLEEP WHEN AWAKEN BY SOMEONE IN THE APARTMENT SCREAMING, "IS ANYONE IN THE APARTMENT" AT WHICH TIME PLAINTIFF ANSWERED, "YES." PLAINTIFF WAS TOLD TO "COME WHERE HE COULD BE SEEN" TO WHICH PLAINTIFF STATED, "LET ME PUT ON MY SHIRT AND SHOES. PLAINTIFF IS MOBILITY IMPAIRE AND IN MAY OF 2009 PLAINTIFF HAD A MAJOR NECK SERJURY AND USES A WALKING CANE DUE. PLAINTIFF ALSO HAS BACK PROBLEMS FROM A BACK INJURY. AS PLAINTIFF SLOWLY WALKED DUE TO BEING MOBILITY IMPAIRED TOWARDS THE OFFICE PLAINTIFF STATED TO THE OFFICERS, "I HAVE A NECK

V. **Relief.** - SEE ATTACHED PAGE -

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

PLAINTIFF PRAYS THIS COURT FIND THAT ALL NAMB DEFENDANTS VIOLATE PLAINTIFF CONSTITUTIONAL RIGHTS AND SUBJECTING PLAINTIFF TO UNNESSARY EXTREME AND SEVER PAIN AND TO GRANT PUNITIVE, MONATARY, AND COMPENTORY DAMAGES OF 10.5 MILLION DOLLARS AND THAT DEFENDANT PAY FOR PLAINTIFF'S MEDICAL EXPENSES.

I declare under penalty of perjury that the foregoing is true and correct.

Date 9/17/09          Signature of Plaintiff _Howell Wesley_

(revised 6/01/04)

3

ATTACHED TO PAGE 3 PART IV. STATEMENT OF CLAIM

AND BACK INJURY AT WHICH POINT OFFICERS C. ARANAS GRABBED PLAINTIFF BY THE NECK SLAMMING PLAINTIFF HEAD FIRST TO THE GROUND AT WHICH TIME SERGEANT ALVAREZ JUMP ON PLAINTIFF BACK. OFFICERS ACTIONS CAUSED SEVER AND EXTREME PAIN TO PLAINTIFF'S ALREADY INJURIED NECK AND LOWER BACK AND CAUSING PLAINTIFF TO NOT BE ABLE TO WALK DUE TO HIS LEGS AND ARMS GOING NUMB. CAUSING PLAINTIFF TO NOT BE ABLE TO MOVE. SERGEANT ALVAREZ, OFFICERS C. ARANAS, L. LEIBEE, P. CORONA, AND L. DOZIER THE BEGAN DRAGING PLAINTIFF (AFTER PLACING MECHANICAL RESTRAINTS ON PLAINTIFF) OUT OF THE APARTMENTS EVEN AFTER PLAINTIFF INFORMED OFFICERS HE COULD NOT MOVE AND ALSO HE HAD SEVER NECK AND BACK PAIN. OFFICER THEN TOLD PLAINTIFF TO GET UP AND WALK, PLAINTIFF INFORMED OFFICERS HE COULD NOT WALK AND HE NEED MEDICAL ATTENTION DUE TO NOT BEING ABLE TO MOVE AND BEING IN SEVER AND EXTREME PAIN. OFFICERS THEN BEGAN DRAGING PLAINTIFF TO THE TOP OF THE STAIRS THEN OFFICERS WENT IN PLAINTIFF'S BACK POCKET TAKING PLAINTIFF'S WALLET AND OPENING IT FINDING PLAINTIFF'S I.D. AND A PAPER SHOWING PLAINTIFF WAS ON PAROLE. OFFICERS THEN BEGAN QUESTIONING PLAINTIFF. PLAINTIFF STATED TO OFFICERS THAT THEY ILLEGALLY ENTERED THE APARTMENT WITHOUT A WARRANT, PERMISSION, OR EXIGENT AND/OR EMERGENCY CIRCUMSTANCES. (POLICE OFFICER DID NOT KNOW PLAINTIFF WAS OR THAT HE WAS ON PAROLE UNTILL THE WALLET WAS TAKEN FROM PLAINTIFF'S POCKET). OFFICERS THEN ANSWER PLAINTIFF YOU HAVE NO F__KING RIGHTS DUE TO BEING ON

(4)

ATTACH TO PAGE 3 PART IV. STATEMENT OF CLAIM

ACTIVE CALIFORNIA DEPARTMENT OF CORRECTIONS PAROLE. PLAINTIFF HAD NO WARRANTS NOR COMMITTED ANY ANY CRIMES AND PLAINTIFF HAD PERMISSION TO BE IN THE APARTMENT.

PLAINTIFF BECAUSE OF INJURIES CAUSED AT THE HANDS OF THE FRESNO POLICE DEPARTMENT OFFICER. OFFICERS L. DOZIER, AND P. CORONA ALSO ENTERED THE APARTMENT AND ASSITED OFFICERS C. ARANS, AND L. LEIBEE DRAG PLAINTIFF OUT OF THE APARTMENT.

OFFICER C. ARANAS CALLED FRESNO PAROLE AGENT LILO DIAZ, PLAINTIFF PAROLE AGENT. PLAINTIFF WAS NOT TAKEN INTO CUSTODY AND GIVEN A CITATION.

FRESNO POLICE DEPARTMENT OFFICERS C. ARANAS, P. CORONA, C. ROBLES, AND M. PETERKA KNOWINGLY AND WILLING ABUSE THEIR AUTHORITY TO WRITE FALSE POLICE REPORTS TO JUSTIFY THEIR ACTION OF VIOLATING FEDERAL AND STATE LAWS BY ENTERING APARTMENT 213 IN VIOLATION OF THE UNITED STATES CONSTITUTION, USE OF UNNESSARY AND EXCESSIVE FORCE UPON ENTERING APARTMENT 213, AND WRITTING A FALSE POLICE REPORT ACCUSING PLAINTIFF OF RESISTING ARREST TO JUSTIFY THEIR ILLEGAL ACTION AND CAUSING INJURIES TO PLAINTIFF.

ON OR ABOUT AUGUST 31, 2009 AT APPROXIMATELY 0800 HOURS PLAINTIFF WENT TO THE CDCR FRESNO PAROLE OFFICE TO SEE PAROLE AGENT LILO DIAZ CONCERN FINDING HOUSING FOR PLAINTIFF DUE TO PLAINTIFF IS MOBILITY IMPAIRED AND PAROLE AGENT DIAZ INFORMED PLAINTIFF HE WAS WAITING FOR SACRAMENTO TO APPROVE FUNDS TO HOUSE PLAINTIFF. PLAINTIFF ALSO HAD LEGAL DOCUMENT AND A COPY OF HIS MEDICAL RECORDS FROM CDCR SHOWING PLAINTIFF MEDICAL ISSUE. PAROLE AGENT DIAZ CALLED PLAINTIFF TO

ATTACHED TO PAGE 3 PART IV. STATEMENT OF CLAIM

COME TO HIS OFFICE WHERE FRESNO POLICE DEPARTMENT OFFICER M. PETERKA WHO ALONG WITH PAROLE AGENT L. DAIZ WITH THE APPROVAL OF THE CDCR FRESNO UNIT SUPERVISOR LARRY ROBINSON ARRESTED PLAINTIFF FOR THE INCIDENT OF SATURDAY NIGHT AUGUST 29, 2009 WHEN FRESNO POLICE DEPARTMENT ABUSED THEIR AUTHORITY UNDER COLOR OF LAW TO DEPRIVE PLAINTIFF OF HIS CONSTITUTIONAL RIGHTS BY COMMITTING AN UNLAWFUL BATTERY, USED UNNESSARY AND EXCESSIVE FORCE FOR NO JUST CAUSE AND INJURIED PLAINTIFF SENDING PLAINTIFF TO THE HOSPITAL AND WRITING A FALSE POLICE REPORT ACCUSING PLAINTIFF OF RESISTING ARREST AFTER FINDING OUT PLAINTIFF WAS ON PAROLE.

FRESNO POLICE DEPARTMENT OFFICER M. PETERKA SPOKE WITH PLAINTIFF STATING TO PLAINTIFF "YOU SHOULD HAVE NEVER BEEN RELEASED DUE TO YOU BEING ON PAROLE. PLAINTIFF THEN STATED TO POLICE OFFICER M. PETERKA, "FIRST YOUR OFFICER SHOULD NOT ENTERED THE APARTMENT THAT I WAS GIVEN PERMISSION TO BE IN BY THE PERSON WHO LIVES IN THE APARTMENT, AND SECOND MY CONSTITUTIONAL RIGHTS WERE VIOLATED. POLICE OFFICER M. PETERKA THE STATED " YOU ARE A PAROLEE. YOU HAVE NO F__KING RIGHTS.

AT THAT TIME I WAS SEARCHED BY CDCR PAROLE AGENT DIAZ WHO TOOK PLAINTIFF LEGAL MATERIAL, COURT DOCUMENTS. OF THE CASES PENDINGING IN THE UNITED STATE DISTRICT COURT, MEDICAL DOCUMENTS, AND MEDICATION FROM PLAINTIFF. PLAINTIFF INFORM PAROLE AGENT DIAZ THAT PLAINTIFF HAS A COURT DEADLINE AND THAT PLAINTIFF WAS ALLOWED TO HAVE HIS LEGAL MATERIAL AND MEDICAL RECORD THAT SHOW PLAINTIFF'S MEDICAL PROBLEMS. PAROLE AGENT DIAZ REFUSED TO GIVE PLAINTIFF HIS LEGAL MATERIAL, AND MEDICAL RECORDS WHICH HAS THE CASE NUMBERS OF PLAINTIFF CASES PENDING IN THE U.S. DISTRICT COURT. PAROLE AGENT DIAZ ABUSED HIS AUTHORITY UNDER THE COLOR TO DENY PLAINTIFF'S ACCESS TO THE COURT CAUSING PLAINTIFF TO FAIL TO RESPOND TO THE COURT ORDER AND PLACING A PAROLE HOLD ON PLAINTIFF

(6)