**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WALKER, | ) | 1:09cv01667 OWW DLB |
| | ) | |
| | ) | |
| | ) | ORDER REQUIRING PLAINTIFF TO |
| Plaintiff, | ) | SUBMIT PRISON TRUST ACCOUNT |
| | ) | STATEMENT |
| v. | ) | |
| | ) | |
| CITY OF FRESNO, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U. S. C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U. S. C. § 1915.  Plaintiff's application did not, however, include a copy of his prison trust account statement for the entire six month period immediately preceding the filing of this complaint.  See 28 U. S. C. § 1915(a)(2).

Therefore, IT IS HEREBY ORDERED that within thirty (30) days of the date of service of this order, Plaintiff SHALL submit a certified copy of his prison trust account statement for the entire six month period immediately preceding the filing of the complaint, or in the

1

alternative, pay the $350.00 filing fee for this action.  <u>Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **September 25, 2009**                              **/s/ Dennis L. Beck**
                                                                                     UNITED STATES MAGISTRATE JUDGE