# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WALKER, | ) | 1:09cv1667 OWW DLB |
| | ) | |
| | ) | |
| | ) | ORDER DIRECTING PLAINTIFF |
| Plaintiff, | ) | TO SUBMIT USM-285 FORMS |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY DYER, et. al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Harold Walker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in the action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 21, 2009. He filed a First Amended Complaint on November 9, 2009.

On November 23, 2009, Plaintiff informed the Court that he wished to proceed with his section 1983 claim against Defendant Officers Alvarez, Aranas, Leibee, Dozier, Corona and Robles. The remaining claims and defendants have been dismissed by separate order.

## DISCUSSION

A.  Screening Standard

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek

1

monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2); 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by amendment. Lopez v. Smith, 203 F.3d 1122 (9th Cir. 2000) (en banc).

Plaintiff's complaint appears to state a cause of action pursuant to 42 U.S.C. § 1983. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following Defendants:

   Fresno Police Sergeant Alvarez
   Fresno Police Officer C. Aranas
   Fresno Police Officer L. Leibee
   Fresno Police Officer P. Corona
   Fresno Police Officer C. Robles

2. The Clerk of the Court shall send Plaintiff six USM-285 forms, six summonses, an instruction sheet and a copy of the amended complaint filed on November 9, 2009.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Six completed summonses;

   b. One completed USM-285 form for each Defendant; and

   c. Seven copies of the endorsed amended complaint filed on November 9, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   December 2, 2009            /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE