# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WALKER, | ) | 1:09cv1667 OWW DLB |
| | ) | |
| | ) | |
| | ) | SUPPLEMENTAL ORDER DIRECTING |
| Plaintiff, | ) | SERVICE BY THE UNITED STATES |
| | ) | MARSHAL WITHOUT PREPAYMENT OF |
| v. | ) | COSTS |
| | ) | |
| JERRY DYER, et. al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   Plaintiff Harold Walker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in the action pursuant to 42 U.S.C. § 1983. On November 23, 2009, Plaintiff informed the Court that he wished to proceed with his cognizable section 1983 claim against Defendant Officers Alvarez, Aranas, Leibee, Dozier, Corona and Robles.

   On December 3, 2009, the Court ordered Plaintiff to submit USM-285 forms for service on Defendants Alvarez, Aranas, Leibee, Dozier, Corona and Robles. Although the Court referenced Defendant Dozier in the body of the order, it inadvertently omitted his name from the list of defendants to be served in the conclusion of the order. The order therefore listed five, rather than six, defendants.

   On December 15, 2009, the Court issued an order directing service by the United States Marshal. This order again inadvertently omitted Defendant L. Dozier.

1

The Court forwarded service documents to the Marshal on December 15, 2009. The service documents forwarded are sufficient for service on six defendants.

Accordingly, the Court ORDERS that service is ALSO APPROPRIATE for Defendant L. Dozier, in accordance with the Court's December 15, 2009, order.

IT IS SO ORDERED.

Dated:   **December 21, 2009**                        **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE