1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WALKER, | ) | 1:09cv1667 OWW DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Plaintiff, | ) | RECOMMENDATION REGARDING |
| | ) | DISMISSAL OF CERTAIN DEFENDANTS |
| v. | ) | |
| | ) | (Document 15) |
| JERRY DYER, et. al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Harold Walker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in the action pursuant to 42 U.S.C. § 1983.

On November 13, 2009, the Magistrate Judge issued Findings and Recommendation that Defendants Diaz, Petereka, Robinson and "Fresno Parole Units #3-7 Office" be DISMISSED WITHOUT LEAVE TO AMEND. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated November 13, 2009, is ADOPTED IN FULL; and

2. Defendants Diaz, Petereka, Robinson and "Fresno Parole Units #3-7 Office" are DISMISSED WITHOUT LEAVE TO AMEND.

IT IS SO ORDERED.

**Dated:   December 22, 2009**                     /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE