1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WALKER, | ) | 1:09cv1667 OWW DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Plaintiff, | ) | RECOMMENDATION REGARDING |
| | ) | DISMISSAL OF CERTAIN DEFENDANTS |
| v. | ) | |
| | ) | (Document 18) |
| JERRY DYER, et. al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Harold Walker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in the action pursuant to 42 U.S.C. § 1983.

On December 3, 2009, the Magistrate Judge issued Findings and Recommendation that Defendants Dyer, Wilson, Durham and Madrid be DISMISSED WITHOUT LEAVE TO AMEND.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days.  Over thirty (30) days have passed and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendations dated December 3, 2009, is ADOPTED IN

3          FULL; and

4    2.    Defendants Dyer, Wilson, Durham and Madrid are DISMISSED WITHOUT

5          LEAVE TO AMEND.

6

7  IT IS SO ORDERED.

8  **Dated:    January 15, 2010**              /s/ **Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

9

2