# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER,<br><br>              Plaintiff,<br><br>       v.<br><br>CITY OF FRESNO, et. al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:09-cv-1667-OWW-SKO<br><br>**ORDER THAT DEFENDANTS SUPPLEMENT THE MOTION TO COMPEL** |

On February 28, 2011, Defendants propounded discovery on Plaintiff requesting responses to Interrogatories, Admissions, and Production of Documents. (Doc. 46-1, 2-3.) Plaintiff provided responses to Defendants' Interrogatories, but not to Defendants' requests for Admissions or the request for Production of Documents. (Doc. 46-1, 3; Doc. 46-2, 2.) Defendants have moved to compel a response to the requests for Admissions and for Production of Documents, but Defendants have failed to attach to their motion the proof of service of the discovery requests or a copy of the discovery requests to which they seek to compel a response.

Accordingly, IT IS HEREBY ORDERED THAT Defendants shall have two (2) days from the date of this order to supplement their motion by filing a copy of the discovery requests and the applicable proofs of service.

IT IS SO ORDERED.

**Dated:   June 14, 2011**                    **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE