James J. Arendt, Esq.          Bar No. 142937
Michelle E. Sassano, Esq.      Bar No. 232368

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, A. ALVAREZ, CHRISTOPHER ARANAS, PHILLIP CORONA, LINDSAY DOZIER and  L. LEIBEE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER, | CASE NO. 1:09-CV-01667-OWW-SKO |
| Plaintiff, | **DEFENDANTS' EX PARTE APPLICATION FOR ORDER MODIFYING SCHEDULING ORDER; DECLARATION OF MICHELLE E. SASSANO IN SUPPORT THEREOF AND ORDER** |
| vs. | |
| CITY OF FRESNO, ET AL., | |
| Defendants. | Complaint Filed: 09/21/09<br>Trial Date: TBA |

Defendants A. ALVAREZ, CHRISTOPHER ARANAS, PHILLIP CORONA, LINDSAY DOZIER and  L. LEIBEE, hereby submit the following ex parte application for an order modifying the Discovery Order/Scheduling Order, document number 41.

On February 28, 2011,  Defendants served Plaintiff with discovery requests.  Responses were due on April 18, 2011. Unfortunately, no responses were received.  A meet and confer letter was sent requesting that Plaintiff provide responses by May 9, 2011.  On May 13, 2011, only responses to special interrogatories were provided.

On May 24, 2011, Defendants filed a motion to compel responses to the remaining outstanding discovery requests.  As of  today's date, Defendant Aranas has not received responses to the request for production of documents.  On June 23, 2011, the Court issued an order granting, in part,  Defendants'

---
Ex Parte Application for Order Modifying
Scheduling Order; Declaration of Michelle Sassano
in Support Thereof and Order

motion to compel. The Court ordered Plaintiff to serve a response to Defendant Aranas' Request for Production of Documents within thirty-three (33) days of the order. In light of the fact that Plaintiff has not provided responses to the request for production of documents and provided late responses to all other discovery requests, Defendants request modification of the operative scheduling order as follows:

| **Description** | **Current Date** | **New Date** |
|---|---|---|
| Discovery Cut-Off | June 24, 2011 | August 12, 2011 |

All other dates will remain as previously ordered.

Respectfully submitted,

DATED: June 23, 2011

WEAKLEY & ARENDT, LLP

By:   /s/ Michelle E. Sassano
James J. Arendt
Michelle E. Sassano
Attorney for Defendants

### DECLARATION OF MICHELLE E. SASSANO

I, Michelle E. Sassano, declare as follows:

1. I am an attorney at law, duly licensed to practice law before all the courts in the State of California and the United States District Court for the Eastern District of California. I am an associate with the law firm of Weakley & Arendt, the attorneys of record for A. ALVAREZ, CHRISTOPHER ARANAS, PHILLIP CORONA, LINDSAY DOZIER and L. LEIBEE.  As such, I have personal knowledge of the matters set forth herein, except those matters stated on information and belief, and would so testify.

2. This declaration is made in support of Defendants' ex parte application for an order modifying the Discovery Order/Scheduling Order, document number 41.

3. Good cause exists for this request due to the fact that Plaintiff has not provided responses to the request for production of documents that was served on February 28, 2011 and provided late responses to all other discovery requests.  The discovery cut-off in this case is June 24, 2011.

4.     On June 23, 2011, the Court granted Defendants' motion to compel, in part, and ordered Plaintiff to provide a response to the request for production of documents within thirty-three (33) days. Defendants will not receive responses until after the discovery cut-off. Further, Plaintiff provided late responses to all other discovery requests. Defendants are required to provide Plaintiff with forty-five (45) days to respond to any discovery propounded. Therefore, the late service of responses to special interrogatories prevented Defendants from providing any follow up discovery requests. Further, Defendants have not had the opportunity to take Plaintiff's deposition due to Plaintiff failing to provide timely discovery responses.

5.     On June 17, 2011, I prepared a correspondence to Plaintiff requesting that he stipulate to an extension of the discovery cut-off. I enclosed a proposed stipulation modifying the scheduling order. The correspondence explained that the extension was necessary in order to complete all necessary discovery. Unfortunately, at the time, we did not have a phone number to contact Plaintiff and were unable to meet and confer by phone.

6.     On June 22, 2011, Plaintiff contacted me by phone. We discussed the stipulation and the need for the extension of the discovery cut-off. It was my understanding that he was going to sign the stipulation and drop it off at my office the same day. However, as of today, we have not received the signed stipulation. The discovery cut-off is June 24, 2011. Therefore, this ex parte application is necessary.

7.     Defendants believe the proposed dates will provide adequate time for Defendants to complete any necessary discovery. This request is made in good faith and with no improper purpose.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, and that his declaration was executed on June 23, 2011, at Fresno, California.

                                          /s/ Michelle E.Sassano
                                          Michelle E. Sassano

# **ORDER**

Defendants filed an ex-parte application on June 23, 2011, seeking an order modifying the Discovery Order/Scheduling Order. The ex-parte application was served on Plaintiff by mail on June 23, 2011. (Doc. 52.)

In light of Plaintiff's pro se status, the Court did not immediately act on Defendants' request in order to provide Plaintiff with an opportunity to receive and review Defendants' request for a schedule modification and to file any additional statement or opposition that Plaintiff deemed necessary. Plaintiff did not file any opposition to Defendants' request for a schedule modification.

Accordingly, the Court GRANTS Defendants' request for a schedule modification. However, because the modified discovery deadline overlaps with the dispositive motion filing deadline, this deadline will also be extended. No trial date has been set in this case.

The current scheduling order is modified as follows:

| **Description** | **Current Date** | **New Date** |
| --- | --- | --- |
| Discovery Cut-Off | June 24, 2011 | August 12, 2011 |
| Dispositive Motion Deadline | August 19, 2011 | September 30, 2011 |

IT IS SO ORDERED.

Dated:   **July 6, 2011**                              /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE