# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**HAROLD WALKER,**

CASE NO: **1:09–CV–01667–LJO –SKO**

v.

**FRESNO POLICE DEPARTMENT, ET AL.,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/15/11**

**Victoria C. Minor**
Clerk of Court

ENTERED: **November 15, 2011**

by: /s/ M. Verduzco
Deputy Clerk